

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
### FORT WORTH

NO. 2-08-207-CV

MO KAEINI, INDIVIDUALLY AND AS                         APPELLANT
AUTHORIZED REPRESENTATIVE AND
ASSIGNEE OF JALAL SAJADIAN, K&G
PARTNERSHIP AND KAEINI FAMILY
FIRST LIMITED PARTNERSHIP

V.

FT. WORTH CHRISTIAN SCHOOL, INC.                APPELLEE

----------

## FROM THE 153RD DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered the parties' "Joint Motion To Dismiss Appeal And Expedite The Issuance Of Mandate." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal and the mandate is ordered issued this date. *See* Tex. R. App. P. 18.1(c), 42.1(a)(1), 43.2(f).

---

[1] *... See* Tex. R. App. P. 47.4.

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue.  *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL:  DAUPHINOT, GARDNER, and WALKER, JJ.

DELIVERED:  December 3, 2009

2